# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on December 16, 2025

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 25-mj-279** |
| | : | |
| **JOHN AARON GASS,** | : | **VIOLATIONS:** |
| | : | |
| Defendant. | : | **18 U.S.C. §§ 2251(a) and (e)** |
| | : | **(Sexual Exploitation of a Minor and** |
| | : | **Attempted Sexual Exploitation of a** |
| | : | **Minor)** |
| | : | |
| | : | **18 U.S.C. § 2422(b)** |
| | : | **(Coercion and Enticement of a Minor)** |
| | : | |
| | : | **18 U.S.C. § 2423(b)** |
| | : | **(Travel with Intent to Engage in Illicit** |
| | : | **Sexual Conduct)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(4)(B), (b)(2)** |
| | : | **(Possessing Child Pornography)** |
| | : | |
| | : | **22 D.C. Code §§ 3009.01, 3020(a)(2)** |
| | : | **(First Degree Sexual Abuse of a Minor** |
| | : | **with Aggravating Circumstances)** |
| | : | |
| | : | **22 D.C. Code §§ 3009.03, 3020(a)(2)** |
| | : | **(First Degree Sexual Abuse of a Secondary** |
| | : | **Education Student with Aggravating** |
| | : | **Circumstances)** |
| | : | |
| | : | **18 U.S.C. § 2253** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about October 13, 2025, within the District of Columbia, the defendant, **JOHN AARON GASS**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

**(Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor,**
in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT TWO

On or about November 9, 2025, within the District of Columbia, the defendant, **JOHN AARON GASS**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer,

and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

**(Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT THREE

On or about and between March 28, 2025 and November 18, 2025, in the District of Columbia and elsewhere, the defendant, **JOHN AARON GASS**, did knowingly and unlawfully use any facility of interstate and foreign commerce to persuade, induce, entice, and coerce a person who had not attained the age of 18 years, specifically, Minor Victim 1, to engage in any sexual activity for which any person can be charged with a criminal offense, including but not limited to production of child pornography in violation of Title 18 U.S.C. 2251(a) and First Degree Sexual Abuse of a Minor, in violation of 22 D.C. Code, Section 3009.01, and attempted to do so.

**(Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT FOUR

On or about between March 28, 2025 and November 18, 2025, in the District of Columbia and elsewhere, the defendant, **JOHN AARON GASS**, did travel in interstate commerce with the intent to engage in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, to wit: **JOHN AARON GASS** traveled into the District of Columbia from the State of Maryland with the intent to engage in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, that is, 16 years of age.

**(Travel With Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## COUNT FIVE

On or about between October 13, 2025 and November 9, 2025, within the District of Columbia and elsewhere, the defendant, **JOHN AARON GASS**, did knowingly possess one or

more images or video files, or other matter, which contain any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, as defined in title 18, United States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

(**Possessing Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2))

## COUNT SIX

On multiple occasions on or about and between March 28, 2025 and November 18, 2025, any one of which would constitute the crime of First Degree Sexual Abuse of a Minor, within the District of Columbia and elsewhere, the defendant, **JOHN AARON GASS**, being 18 years of age or more, and in a significant relationship with Minor Victim 1, a minor under eighteen years of age, that is, 16 years of age, that is, **JOHN AARON GASS** was an employee of a school attended by Minor Victim 1, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, the penetration of Minor Victim 1's vulva by **JOHN AARON GASS**'s penis.

At the time **JOHN AARON GASS** committed First Degree Sexual Abuse of a Minor as set forth in the Sixth Count of this Indictment, the victim was under the age of 18 years, that is Minor Victim 1 was 16 years old, and **JOHN AARON GASS** had a significant relationship with Minor Victim 1, that is, he was a teacher in Minor Victim 1's school.

(**First Degree Sexual Abuse of a Minor with Aggravating Circumstances**, in violation of Title 22, District of Columbia Code, Sections 3009.01, 3020(a)(2) (2001 ed.))

## COUNT SEVEN

On multiple occasions on or about and between March 28, 2025 and November 18, 2025, any one of which would constitute the crime of First Degree Sexual Abuse of a Secondary

4

Education Student, within the District of Columbia and elsewhere, the defendant, **JOHN AARON GASS**, being a teacher in a secondary level school, engaged in a sexual act with Minor Victim 1, a 16-year-old student enrolled in that school, and caused that student to engage in a sexual act, that is, the penetration of Minor Victim 1's vulva by **JOHN AARON GASS**'s penis.

At the time **JOHN AARON GASS** committed First Degree Sexual Abuse of a Secondary Education Student, as set forth in the Seventh Count of this Indictment, the victim was under the age of 18 years, that is Minor Victim 1 was 16 years old, and **JOHN AARON GASS** had a significant relationship with Minor Victim 1, that is, he was a teacher in Minor Victim 1's school.

**(First Degree Sexual Abuse of a Secondary Education Student with Aggravating Circumstances**, in violation of Title 22, District of Columbia Code, Sections 3009.03, 3020(a)(2) (2001 ed.))

## FORFEITURE ALLEGATION

1.      The United States hereby gives notice to the defendant, **JOHN AARON GASS**, that upon his conviction of the offense charged in Counts One through Six of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

     a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property that cannot be divided
     without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title
21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON

Jeanine Ferris Pirro

By *Janani J. Iyengar*
Janani Iyengar
Attorney of the United States
and for the District of Columbia

6