**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :   **Case No. 25-cr-396 (SLS)** |
| **v.** | : |
| | : |
| **JOHN AARON GASS,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional discovery, as outlined in the enclosed discovery letter, dated March 5, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

_____

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

March 5, 2026

**VIA USAFX**

Scott Krischke, Esq.

> Re:   Discovery Production Letter No. 3
> *United States v. John Aaron Gass,* 25-cr-396

Dear Counsel:

I am writing to memorialize the production of the following material in discovery on March 5, 2026:

**On USAFX:**

Production No. 3:

- 305N-WF-4165290_0000024.pdf
- 305N-WF-4165290_0000024_1A0000019_0000001.pdf
- 305N-WF-4165290_0000025.pdf
- 305N-WF-4165290_0000026.pdf
- 305N-WF-4165290_0000027_Redacted.pdf
- 305N-WF-4165290_0000027_1A0000020_0000001_Redacted.pdf
- 305N-WF-4165290_0000027_1A0000020_0000002_Redacted.pdf
- 305N-WF-4165290_0000028.pdf
- 305N-WF-4165290_0000029.pdf
- 305N-WF-4165290_0000029_1A0000021_0000001.pdf
- 305N-WF-4165290_0000029_1A0000021_0000002.jpg
- 305N-WF-4165290_0000029_1A0000021_0000004.pdf
- 305N-WF-4165290-BWC_0000001.pdf
- 305N-WF-4165290-BWC_0000002.pdf
- 305N-WF-4165290-BWC_0000003.pdf
- 305N-WF-4165290-BWC_0000004.pdf
- 305N-WF-4165290-BWC_0000005.pdf

- 305N-WF-4165290-BWC_0000006.pdf
- 305N-WF-4165290-BWC_0000007.pdf
- 305N-WF-4165290-BWC_0000008.pdf
- 305N-WF-4165290-BWC_0000009.pdf
- 305N-WF-4165290-BWC_00000010.pdf
- 305N-WF-4165290-FF_0000002.pdf
- 305N-WF-4165290-FF_0000002_1A0000001_0000001.pdf
- 305N-WF-4165290-FF_0000002_1A0000001_0000002.pdf
- 305N-WF-4165290-FF_0000002_1A0000001_0000003.pdf
- 305N-WF-4165290-FF_0000002_1A0000001_0000004.pdf
- 305N-WF-4165290-FF_0000002_1A0000001_0000005.docx
- 305N-WF-4165290-SBP_0000001.pdf
- 305N-WF-4165290-SBP_0000001_1A0000001_0000002.zip
- 305N-WF-4165290-SBP_0000004.pdf
- 305N-WF-4165290-SBP_0000004_1A0000004_0000002.zip
- 305N-WF-4165290-SBP_0000005.pdf
- 305N-WF-4165290-SBP_0000004_1A0000005_0000003.pdf
- CashApp records
  - 212364-for-subject-SQ_CASH-C_nq22xhmgf.xlsx
  - block-certification-of-records-232965.pdf
  - cash-readme.pdf
  - cover-letter-232965.pdf
  - gov-id-1-license_front_C_nq22xhmgf.png
  - gov-id-1-license_back_C_nq22xhmgf.png
  - selfie-1-6g3vfwbsn06xstyamr49qrswg.jpeg
- Grand jury transcripts (2)
- Verizon records
  - ORDER-INFO_item1_shipment1.pdf
  - ORDER-INFO_item1_shipment2.pdf
  - ORDER-INFO_item1_shipment3.pdf
  - ORDER-INFO_item1_shipment4.pdf
  - ORDER-INFO_item1_shipment5.pdf
  - ORDER-INFO_item1_shipment6.pdf
  - ORDER-INFO_item1_shipment7.pdf
  - ORDER-INFO_item1_shipment8.pdf
  - LDS-101_item3_shipment1.txt
  - LDS-101_item3_shipment2.csv
  - LDS-101_item3_shipment3.csv
  - LDS-101_item3_shipment4.csv
  - LDS-101_item4_shipment1.csv
  - LDS-101_item5_shipment1.csv
- AT&T records
  - LDS-100_item1_shipment3.pdf
  - LDS-100_item2_shipment1.txt
  - LDS-100_item2_shipment2.pdf

2

       o  LDS-100_item2_shipment3.txt
       o  LDS-100_item2_shipment4.pdf

      Please note that these files have been designated as Sensitive pursuant to the discovery protective order.  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

      Should you have any questions about these materials, please do not hesitate to contact me.

      Sincerely,

*/s/ Rachel Bohlen*

Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov

3